# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| ADRIAN GUILLE,<br><br>Petitioner,<br><br>vs.<br><br>MONTANA BOARD OF PARDONS AND PAROLE, ET AL.,<br><br>Respondent. | Cause No. CV 24-5-H-BMM-JTJ<br><br><br>ORDER |

Petitioner Adrian Guille filed an action in the United States District Court for the District of New Jersey on April 14, 2023, seeking a writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1.) The petition was transferred to this Court, and on February 20, 2024, Guille was directed to file an Amended Petition and provided the proper form to do so. (Doc. 10.)

Guille has failed to file the amendment as directed. The Court advised him that failure to do so would result in dismissal of his petition. (Doc. 10 at 2.) Guille's petition will be dismissed.

"The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a), Rules Governing § 2255 Proceedings. A COA should issue as to those claims on which the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. §

1

2253(c)(2). The standard is satisfied if "jurists of reason could disagree with the district court's resolution of [the] constitutional claims" or "conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). The Court concludes there is no reason to encourage continued proceedings given Guille's failure to comply with the Court's orders.

Accordingly, the Court enters the following:

## ORDER

1. Guille's petition is **DISMISSED**. The Clerk of Court is directed to close this matter.

2. A Certificate of Appealability is **DENIED**.

DATED this 18th day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court